Molly M. Rezac
molly.rezac@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Telephone: 775-440-2372
Fax: 775-440-2376

*Attorneys for Defendant*
*ELWOOD STAFFING SERVICES, INC.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTIAN WILLIAMS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COEUR ROCHESTER, INC. AND ELWOOD STAFFING SERVICES, INC.,<br><br>　　　　Defendant. | Case No.: 3:25-cv-00598-ART-CSD<br><br>**ORDER GRANTING STIPULATION AND PROPOSED ORDER FOR EXTENSION OF TIME FOR DEFENDANT ELWOOD STAFFING SERVICES, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(Second Request)** |

　　　　Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant Elwood Staffing Services, Inc. ("Defendant Elwood") and Plaintiff Christian Williams ("Plaintiff") hereby requests an extension of time, up to an including December 31, 2025, for Defendant Elwood to file its response to Plaintiff's Complaint (ECF. No. 1). The present deadline for Defendant Elwood to file its response was December 12, 2025. This is the parties' second request for an extension of time for Defendant Elwood to file its response.

　　　　This extension is requested in good faith and not for purposes of delay. The parties have been in discussion in resolving Plaintiff's claims against Defendant Elwood, however, counsel for Elwood was out for a medical leave, which delayed further discussions. Since her return, the parties have been engaged in further discussions and are hopeful that they will be successful with some additional time. Thus, good cause exists to extend the response deadline to explore possible resolution.

/ / /

/ / /

/ / /

The parties respectfully request an extension of time up to and including December 31, 2025, for Defendant Elwood to file its response to Plaintiff's Complaint.

IT IS SO STIPULATED.

DATED this 12th day of December, 2025.    DATED this 12th day of December, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Mark Mausert
Mark Mausert, Esq.
Sean McDowell, Esq.
729 Evans Avenue
Reno, NV 89512
Tel:   (775) 786-5477
Fax:  (775) 786-9658
Email: mark@markmausertlaw.com
          sean@markmausertlaw.com

Attorneys for Plaintiff

/s/ Molly M. Rezac
Molly M. Rezac
200 S. Virginia Street, 8th Floor
Reno, NV 89501
Tel:   (775) 440-2372
Fax:  (775) 440-2376
Email: molly.rezac@ogletree.com

Attorneys for Defendant
ELWOOD STAFFING SERVICES, INC.

KAMER ZUCKER ABBOTT

/s/ R. Todd Creer
R. Todd Creer
Shannon Chao
6325 South Jones Boulevard, Suite 300
Las Vegas, NV 89118
Tel:   (702) 259-8640
Fax:  (702) 259-8646
Email: ecf@kzalaw.com
          schao@kzalaw.com

Attorneys for Defendant
COEUR ROCHESTER, INC.

**ORDER**

IT IS SO ORDERED.

Dated: December 15, 2025

_____
UNITED STATES MAGISTRATE JUDGE