Mark Mausert, Esq.
Nevada Bar #2398
Sean McDowell, Esq.
Nevada Bar #15962
729 Evans Avenue
Reno, Nevada 89512
(775) 786 5477
(775) 786 9658 –fax
mark@markmausertlaw.com
sean@markmausertlaw.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

CHRISTIAN WILLIAMS,

Plaintiff,

vs.

COEUR ROCHESTER, INC. and ELWOOD STAFFING SERVICES, INC.,

Defendants.

Case No.: 3:25-cv-00598-ART-CSD

**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**

IT IS HEREBY STIPULATED by and between Plaintiff, CHRISTIAN WILLIAMS, and Defendants, COEUR ROCHESTER, INC. and ELWOOD STAFFING SERVICES, INC., by and through their respective counsel of record, that pursuant to F.R.C.P. 41(a)(1), Plaintiff's claims in the above-referenced action are hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated this 7th day of October, 2026.
MARK MAUSERT LAW OFFICE

*/s/ Mark Mausert*
MARK MAUSERT
SEAN McDOWELL
729 Evans Avenue
Reno, Nevada 89512

*Attorneys for Plaintiff*

Dated this 7th day of October, 2026.
KZA LAW

*/s/ R. Todd Creer*
R. TODD CREER
6325 South Jones Blvd., Suite 300
Las Vegas, Nevada 89118

*Attorney for Defendant Coeur Rochester, Inc.*

Dated this 7th day of October, 2026.
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Molly Rezac*
MOLLY M. REZAC
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501

*Attorney for Defendant Elwood Staffing Services, Inc.*

**IT IS SO ORDERED.**

Dated this 8th day of October, 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE